# In The United States Court of Federal Claims

## Cover Sheet

05-1291L

Plaintiff(s) or Petitioner(s) YANKTON SIOUX TRIBE

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] JEFFREY M. HERMAN, ESQ

Firm Name: HERMAN & MERMELSTEIN, P.A.

Post Office Box:

Street Address: 18205 BISCAYNE BLVD., SUITE 2218

City-State-Zip: MIAMI, FLORIDA 33160

Telephone & Facsimile Numbers: T: (305)931-2200 F:(305)931-0877

E-mail address: jherman@hermanlaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? ______
If NO, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 5 0 4

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: D 0 I

See attached Sheet for three digit code.

Amount Claimed: $ To Be Determined

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6. 2005