IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKTON SIOUX TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-1291L |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on Defendant's unopposed motion for enlargement of time within which to file an Answer or otherwise respond to the Complaint. Upon consideration of the unopposed motion and for good cause shown, it is hereby ordered that

1. Defendant's unopposed motion for enlargement of time should be and hereby is GRANTED;

2. Defendant shall have to and including March 15, 2006, within which to file its Answer or otherwise respond to the Complaint.

SO ORDERED.

Date: ______________________________

______________________________
Judge, United States Court of Federal Claims