IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKTON SIOUX TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 05-1291L<br>Judge Lawrence J. Block |

**PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER**
**REGARDING CONFIDENTIALITY OF SETTLEMENT DISCUSSIONS**

WHEREAS Plaintiff Yankton Sioux Tribe has filed this case requesting a declaratory judgment and an injunction for the preparation of an accounting of Plaintiff's trust funds;

WHEREAS Defendant United States of America has filed its Answer in the case;

WHEREAS Plaintiff and Defendant (the parties) have entered into, and they continue to engage in, discussions which they believe might result in a settlement of the matters at issue in this case, without resort to litigation that would place an undue burden of time or expense upon the Court;

WHEREAS the parties have been conducting, and they continue to conduct, settlement discussions with the clear, explicit, and mutual understanding that all of their settlement communications, whether written or oral, will be kept confidential and not be released to any other person or entity;

WHEREAS the parties have marked clearly,and they will continue to mark clearly, the written communications relating to their settlement discussions with the label "Confidential Settlement Discussions—Do Not Disclose";

WHEREAS the parties agree that their ability to continue engaging in settlement discussions

in this case will be severely hampered and constrained if they cannot rely on the expectation that their settlement discussions will be kept confidential; and

WHEREAS the parties agree that their ability to resolve the matters at issue in this case, in an efficient manner, so as to conserve the Court's resources, as well as their own, will be significantly diminished if the parties cannot rely on the expectation that the settlement discussions will be kept confidential;

THE PARTIES HEREBY STIPULATE AND AGREE TO THE FOLLOWING:

1. All settlement communications in this case, whether written or oral, shall be kept confidential, and they shall not be disclosed to any person or entity seeking their disclosure by any means, including but not limited to requests submitted to the Department of the Interior, the Department of the Treasury, and the Department of Justice, under the Freedom of Information Act, 5 U.S.C. § 552.

2. Until further order of this Court, this Joint Stipulation and Order shall remain in full force and effect after the dismissal of the case and regardless of whether the parties reach settlement.

Respectfully submitted on this 16th day of March, 2006,

*<u>/s/ Jeffrey M. Herman</u>*
JEFFREY M. HERMAN
Herman & Mermelstein, P.A.
18205 Biscayne Boulevard, Suite 2218
Miami, FL 33160
Tel: (305) 931-2200
Fax: (305) 931-0877

Attorney for Plaintiff

*<u>/s/ Jennifer L. Allaire</u>*
JENNIFER L. ALLAIRE, NJ Bar #4419-2002
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0456
Fax: (202) 353-2021

Attorney for Defendant

OF COUNSEL:

STUART S. MERMELSTEIN
Herman & Mermelstein, P.A.
18205 Biscayne Boulevard, Suite 2218
Miami, FL 33160
Tel: (305) 931-2200
Fax: (305) 931-0877

OF COUNSEL:

ANTHONY P. HOANG, FL Bar #798193
MARTIN J. LALONDE, IL Bar #6218249
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0247
Tel: (202) 305-0241
Fax: (202) 353-2021

ELISABETH C. BRANDON
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20240

**[PROPOSED] ORDER**

SO ORDERED.

Date: ________________________________

________________________________
Judge Lawrence J. Block

The following counsel should be informed of the entry of this Order:

Jeffrey M. Herman
Stuart S. Mermelstein
HERMAN & MERMELSTEIN, P.A.
18205 Biscayne Boulevard
Suite 2218
Miami, FL 33160
Fax: (305) 931-0877

Jennifer L. Allaire
Anthony P. Hoang
Martin J. LaLonde
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Fax: (202) 353-2021