IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKTON SIOUX TRIBE, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 05-1291L<br>Judge Lawrence J. Block |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PARTIES' JOINT MOTION FOR ENLARGEMENT OF TIME**
**WITHIN WHICH TO FILE JOINT PRELIMINARY STATUS REPORT**

Pursuant to the United States Court of Federal Claims Rule ("RCFC") 6.1, Plaintiff Yankton Sioux Tribe and Defendant United States of America respectfully submit this joint motion for an enlargement of time, to and including May 16, 2006, within which to file a Joint Preliminary Status Report ("JPSR") in this case. This joint motion is the parties' first such motion. The grounds for the joint motion are as follows:

1. Plaintiff filed this case on December 14, 2005. On February 13, 2006, this Court granted Defendant's unopposed motion for an enlargement of time within which to answer or otherwise respond. Based on the enlargement of time, Defendant filed its Answer on March 14, 2006, and filed an Amended Answer on March 30, 2006. As provided by RCFC Appendix A, ¶¶ 3 - 4, the parties are obligated to confer and file a JPSR on May 5, 2006.

2. Plaintiff has filed a parallel case for declaratory and injunctive relief in the United States District Court for the District of Columbia, Yankton Sioux Tribe v. Norton, No. 1:03cv01603 (D.D.C.) (RCL). The parties have been engaged in settlement discussions since the filing of that case. The scope of those settlement discussions include the issues and claims that Plaintiff has raised in this case. Additionally, the discussions have included the possibility of requesting that this

Court refer this case to its formal alternative dispute resolution ("ADR") pilot program. Among other things, counsel for the parties conferred with the law clerk of this Court about their proposed request.

3. The parties have reached agreement to seek referral of this case to the Court's formal ADR pilot program. Further, they have discussed their positions on the issues identified in RCFC Appendix A, ¶¶ 3 - 4. The parties require additional time in order that they will have sufficient opportunity to draft the JPSR, review the draft JPSR with their clients and/or the appropriate officials at the Departments of Justice, the Interior, and the Treasury; and finalize and file the JPSR, as required by RCFC Appendix A, ¶ 4.

WHEREFORE, the parties respectfully request that their joint motion be granted and the Court issue an Order as follows:

1. The parties shall have to and including May 16, 2006, within which to file the JPSR pursuant to RCFC Appendix A, ¶ 4.

Respectfully submitted this 4th day of May, 2006,

*s/ Stuart S. Mermelstein*
JEFFREY M. HERMAN
STUART S. MERMELSTEIN
Herman & Mermelstein, P.A.
18205 Biscayne Boulevard, Suite 2218
Miami, FL 33160
Tel: (305) 931-2200
Fax: (305) 931-0877

Attorney for Plaintiff

*s/ Jennifer L. Allaire*
JENNIFER L. ALLAIRE
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0456
Fax: (202) 353-2021

Attorney for Defendants

OF COUNSEL:

ANTHONY P. HOANG
MARTIN J. LALONDE
United States Department of Justice

Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Fax: (202) 353-2021

ELISABETH C. BRANDON
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240