IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKTON SIOUX TRIBE, Plaintiff, | ) | |
| v. | ) | Case No. 05-1291L<br>Judge Lawrence J. Block |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**PARTIES' SECOND JOINT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE JOINT PRELIMINARY STATUS REPORT**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), Plaintiff Yankton Sioux Tribe and Defendant United States of America respectfully submit this joint motion for a 90-day enlargement of time, to and including August 22, 2006, within which to file a Joint Preliminary Status Report ("JPSR"). This joint motion is the parties' second such motion. The grounds for the joint motion are as follows:

1. Plaintiff filed this case on December 14, 2005. Defendant timely filed its Answer on March 14, 2006, and filed an Amended Answer on March 30, 2006. Based on the Court's enlargement of time, the parties are currently obligated to file a JPSR on May 16, 2006.

2. As this Court is aware, Plaintiff has filed a parallel case for declaratory and injunctive relief in the United States District Court for the District of Columbia, Yankton Sioux Tribe v. Norton, No. 1:03cv01603 (D.D.C.) (RCL). The parties have been engaged in settlement discussions since the filing of that case. The scope of those settlement discussions have encompassed the issues and claims that Plaintiff has raised in this case. The discussions have included the possibility of jointly requesting that the Court refer this case to its formal alternative dispute resolution ("ADR") pilot program.

3. Counsel for the parties conducted telephone conference calls on May 9 and 11, 2006, about the possibility of settlement in this case. During those conference calls, counsel for Plaintiff stated, among other things, that Plaintiff presently favors informal settlement discussions over formal ADR and the use of a settlement judge. Given Plaintiff's position, the parties see the need to seek an enlargement of time to file the JPSR so as to accommodate the continuation of their informal settlement discussions.

4. The parties believe that their discussions may lead to a settlement of this case. Such a settlement would avoid placing an undue burden and expense of time, resources, and effort on the Court and the parties. Therefore, the parties believe that a 90-day enlargement of time within which to file the JPSR will facilitate their discussions and the possibility of settlement.

5. For the foregoing reasons, the granting of this joint motion will not unduly prejudice the rights and interests of the parties in this case. In fact, the parties believe that the granting of the joint motion will serve their interests, as well as promote the goals of judicial efficiency and economy.

WHEREFORE, the parties respectfully request that their joint motion be granted and that the parties have to and including August 22, 2006, within which to file the JPSR pursuant to RCFC Appendix A, ¶ 4.

Respectfully submitted this 15th day of May, 2006,

*s/ Stuart S. Mermelstein*
JEFFREY M. HERMAN
STUART S. MERMELSTEIN
Herman & Mermelstein, P.A.
18205 Biscayne Boulevard, Suite 2218
Miami, FL 33160
Tel: (305) 931-2200
Fax: (305) 931-0877

*s/ Jennifer L. Allaire*
JENNIFER L. ALLAIRE
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0456
Fax: (202) 353-2021

Attorney for Plaintiff

Attorney for Defendants

OF COUNSEL:

ANTHONY P. HOANG
MARTIN J. LALONDE
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Fax: (202) 353-2021

ELISABETH C. BRANDON
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240