IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKTON SIOUX TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 05-1291L<br>Judge Lawrence J. Block |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' second joint motion for enlargement of time within which to file a Joint Preliminary Status Report ("JPSR"). Upon consideration of the joint motion and for good cause shown, it is hereby ordered that

1. The parties' joint motion for enlargement of time should be and hereby is GRANTED;

2. The parties shall have to and including August 22, 2006, within which to file the JPSR pursuant to RCFC Appendix A, ¶ 4.

SO ORDERED.

Date: ____________________

____________________
JUDGE LAWRENCE J. BLOCK
United States Court of Federal Claims