IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKTON SIOUX TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-1291L |
| | ) | Judge Lawrence J. Block |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PARTIES' THIRD JOINT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE JOINT PRELIMINARY STATUS REPORT**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), Plaintiff Yankton Sioux Tribe and Defendant United States of America respectfully submit this joint motion for a 60-day enlargement of time, to and including October 21, 2006, within which to file a Joint Preliminary Status Report ("JPSR"). This joint motion is the parties' third such motion. The grounds for the joint motion are as follows:

1. Plaintiff filed this case on December 14, 2005. Based on an enlargement of time, Defendant timely filed its Answer on March 14, 2006, and filed an Amended Answer on March 30, 2006. Pursuant to the Court's Order, dated May 17, 2006, granting the parties' second joint motion for enlargement of time within which to file a JPSR, the parties are obligated to confer and file a JPSR by August 22, 2006.

2. As this Court is aware, the parties have been engaged in settlement discussions since Plaintiff filed its parallel case for declaratory and injunctive relief in the United States District Court for the District of Columbia, Yankton Sioux Tribe v. Norton, No. 1:03cv01603 (D.D.C.) (RCL). Further, the scope of those settlement discussions include the issues and claims that Plaintiff has raised in this case.

3. Since the most recent motion for enlargement of time was granted by this Court, the parties have continued to engage in settlement discussions. Counsel for Plaintiff provided a revised settlement offer, dated June 30, 2006 in response to the settlement proposed by Defendant in early 2006. Upon receipt of the revised settlement offer, Defendant has undertaken additional research and analysis necessary for the preparation of a response to Plaintiff's revised settlement offer. At the present time, Defendant anticipates it will complete and provide a response to Plaintiff within 60-days.

4. The parties believe that their continued discussions may lead to a settlement of this case. Such a settlement would avoid placing an undue burden and expense of time, resources, and effort on the Court and the parties. The parties believe that a 60-day enlargement of time within which to file the JPSR will facilitate their discussions and the possibility of settlement.

5. The granting of this unopposed motion will not unduly prejudice the rights and interests of the parties in this case. In fact, the parties believe that the granting of the joint motion will serve their interests, as well as promote the goals of judicial efficiency and economy.

WHEREFORE, the parties respectfully request that their joint motion be granted and that the parties have to and including October 21, 2006, within which to file the JPSR pursuant to RCFC Appendix A, ¶ 4.

Respectfully submitted this 18th day of August, 2006,

*s/ Jeffrey M. Herman*
*(by Jennifer L. Allaire)*
JEFFREY M. HERMAN
STUART S. MERMELSTEIN
Herman & Mermelstein, P.A.
18205 Biscayne Boulevard, Suite 2218
Miami, FL 33160
Tel: (305) 931-2200

*s/ Jennifer L. Allaire*

JENNIFER L. ALLAIRE
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0456

Fax: (305) 931-0877

Attorney for Plaintiff

Fax: (202) 353-2021

Attorney for Defendants

OF COUNSEL:

ANTHONY P. HOANG
MARTIN J. LALONDE
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Fax: (202) 353-2021

ELISABETH C. BRANDON
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240