IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKTON SIOUX TRIBE, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 05-1291L<br>Judge Lawrence J. Block |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PARTIES' FOURTH JOINT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE JOINT PRELIMINARY STATUS REPORT**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), Plaintiff Yankton Sioux Tribe and Defendant United States of America respectfully submit this joint motion for an enlargement of time, to and including December 14, 2006, within which to file a Joint Preliminary Status Report ("JPSR"), pursuant to RCFC Appendix A, ¶ 4. This joint motion is the parties' fourth such motion.

The grounds for the joint motion are as follows:

1. Plaintiff filed this case on December 14, 2005. Based on an enlargement of time, Defendant timely filed its Answer on March 14, 2006. Further, it filed an Amended Answer on March 30, 2006. Under the Court's Order, dated August 23, 2006, the parties are obligated to confer and file a JPSR by October 23, 2006.

2. As this Court is aware, the parties have been engaged in settlement discussions since Plaintiff filed its parallel case for declaratory and injunctive relief in the United States District Court for the District of Columbia, Yankton Sioux Tribe v. Norton, No. 1:03cv01603 (D.D.C.) (RCL). The scope of those settlement discussions include the issues and claims that Plaintiff has raised in this case.

3. In the past 60 days, the parties have continued their settlement discussions. Among other things, Defendant completed its evaluation, analysis, and discussion of Plaintiff's revised settlement offer, dated June 30, 2006; developed and reviewed a settlement response and counter-offer; and delivered verbally that response and counter-offer to Plaintiff on October 20, 2006. It plans to follow up with a written settlement response and counter-offer today. Defendant is requesting that Plaintiff respond in the next 90 days.

4. The parties believe that their continuing discussions may lead to a settlement of this case. Such a settlement would avoid placing an undue burden and expense of time, resources, and effort on the Court and the parties. The parties believe that their requested enlargement of time within which to file the JPSR will facilitate their discussions and the possibility of settlement.

5. The granting of this joint motion will not unduly prejudice the rights and interests of the parties in this case. In fact, the parties believe that the granting of the motion will serve their interests, as well as promote the goals of judicial efficiency and economy.

WHEREFORE, the parties respectfully request that their joint motion be GRANTED.

Respectfully submitted this 23th day of October, 2006,

*s/ Jeffrey M. Herman*
JEFFREY M. HERMAN
Herman & Mermelstein, P.A.
18205 Biscayne Boulevard, Suite 2218
Miami, FL 33160
Tel: (305) 931-2200
Fax: (305) 931-0877

Attorney for Plaintiff

*s/ Jennifer L. Allaire*
JENNIFER L. ALLAIRE
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0456
Fax: (202) 353-2021

Attorney for Defendants

OF COUNSEL:

STUART S. MERMELSTEIN
Herman & Mermelstein, P.A.
18205 Biscayne Boulevard, Suite 2218
Miami, FL 33160
Tel: (305) 931-2200
Fax: (305) 931-0877

OF COUNSEL:

ANTHONY P. HOANG
MARTIN J. LALONDE
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Fax: (202) 353-2021

CANDACE BECK
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240