IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKTON SIOUX TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 05-1291L<br>Judge Lawrence J. Block |

**PARTIES' FIFTH JOINT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE JOINT PRELIMINARY STATUS REPORT**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), Plaintiff Yankton Sioux Tribe and Defendant United States of America respectfully submit this joint motion for a 60-day enlargement of time, to and including February 13, 2007, within which to file a Joint Preliminary Status Report ("JPSR"). This joint motion is the parties' fifth such motion. The grounds for the joint motion are as follows:

1. Plaintiff filed this case on December 14, 2005. Based on an enlargement of time, Defendant timely filed its Answer on March 14, 2006, and filed an Amended Answer on March 30, 2006. Since that time, the parties have requested and received from the Court enlargements of time within which to confer and file the JPSR. Pursuant to the Court's latest order, dated October 24, 2006, the parties are obligated to file a JPSR on December 14, 2006.

2. As this Court is aware, the parties have been engaged in settlement discussions since Plaintiff filed its parallel case for declaratory and injunctive relief in the United States District Court for the District of Columbia, Yankton Sioux Tribe v. Kempthorne, No. 1:03cv01603 (JR) (D.D.C.). The scope of those settlement discussions include the issues and claims that Plaintiff has raised in this case.

3. The parties are continuing their settlement discussions. Defendant has completed its review, analysis, and evaluation of Plaintiff's revised settlement offer, dated June 30, 2006. On October 24, 2006, Defendant furnished a written settlement response and counter-offer to Plaintiff. Plaintiff is currently reviewing Defendant's response and counter-offer, and pursuant to Defendant's request, Plaintiff plans to reply to Defendant by January 22, 2007.

4. The parties believe that their continuing discussions may lead to a settlement of this case. Such a settlement would avoid placing an undue burden and expense of time, resources, and effort on the Court and the parties. The parties believe that a 60-day enlargement of time within which to file the JPSR will facilitate their discussions and the possibility of settlement.

5. The granting of this joint motion will not unduly prejudice the rights and interests of the parties in this case. In fact, the parties believe that the granting of the joint motion will serve their interests, as well as promote the goals of judicial efficiency and economy.

WHEREFORE, the parties respectfully request that their joint motion be granted and that the parties have to and including February 13, 2007, within which to file the JPSR pursuant to RCFC Appendix A, ¶ 4.

Respectfully submitted this 14th day of December, 2006,

*s/ Jeffrey M. Herman*
JEFFREY M. HERMAN
Herman & Mermelstein, P.A.
18205 Biscayne Boulevard, Suite 2218
Miami, FL 33160
Tel: (305) 931-2200
Fax: (305) 931-0877

Attorney for Plaintiff

OF COUNSEL:

*s/ Jennifer L. Allaire*
JENNIFER L. ALLAIRE
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0456
Fax: (202) 353-2021

Attorney for Defendant

OF COUNSEL:

STUART S. MERMELSTEIN
Herman & Mermelstein, P.A.
18205 Biscayne Boulevard, Suite 2218
Miami, FL 33160
Tel: (305) 931-2200
Fax: (305) 931-0877

ANTHONY P. HOANG
MARTIN J. LALONDE
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Fax: (202) 353-2021

CANDACE N. BECK
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240