IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKTON SIOUX TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 05-1291L<br>Judge Lawrence J. Block |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' fifth joint motion for enlargement of time within which to file a Joint Preliminary Status Report ("JPSR"), pursuant to Appendix A, ¶ 4 of the Rules of the Court of Federal Claims, in this case. Upon consideration of the joint motion and for good cause shown, it is hereby ordered that

1. The parties' joint motion for enlargement of time should be and hereby is GRANTED;

2. The parties shall have to and including February 13, 2007, within which to file the JPSR.

SO ORDERED.

Date: ________________________

________________________________________
HON. LAWRENCE J. BLOCK
Judge, United States Court of Federal Claims

The following counsel should be notified of the entry of this Order:

Jeffrey M. Herman
Stuart S. Mermelstein
HERMAN & MERMELSTEIN, P.A.
18205 Biscayne Boulevard
Suite 2218
Miami, FL 33160
Fax: (305) 931-0877

Jennifer L. Allaire
Anthony P. Hoang
Martin J. LaLonde
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Fax: (202) 353-2021