IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKTON SIOUX TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-1291L |
| | ) | Judge Lawrence J. Block |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PARTIES' SIXTH JOINT MOTION FOR ENLARGEMENT OF TIME**
**WITHIN WHICH TO FILE JOINT PRELIMINARY STATUS REPORT**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), Plaintiff Yankton Sioux Tribe and Defendant United States of America respectfully submit this joint motion for an enlargement of time, to and including May 14, 2007, within which to file a Joint Preliminary Status Report ("JPSR"). This joint motion is the parties' sixth such motion. The grounds for the joint motion are as follows:

1. Plaintiff filed this case on December 14, 2005. Based on an enlargement of time, Defendant timely filed its Answer on March 14, 2006, and filed an Amended Answer on March 30, 2006. Since that time, the parties have requested and received from the Court enlargements of time within which to confer and file the JPSR. Under the Court's latest order, the parties are obligated to file a JPSR on February 13, 2007.

2. As previously explained, the parties have been engaged in settlement discussions since Plaintiff filed its parallel case for declaratory and injunctive relief in the United States District Court for the District of Columbia, Yankton Sioux Tribe v. Kempthorne, No. 1:03cv01603 (JR) (D.D.C.). The scope of those settlement discussions include the issues and claims that Plaintiff has raised in this case.

3. The parties continue to be engaged in settlement discussions. Defendant completed its review, analysis, and evaluation of Plaintiff's revised settlement offer (dated June 30, 2006), and, on October 24, 2006, Defendant furnished its written settlement response and counter-offer to Plaintiff. Defendant requested that Plaintiff reply to Defendant's settlement counter-offer by January 22, 2007.

4. Plaintiff did not provide its reply to Defendant's settlement response and counter-offer by January 22, 2007, as requested. Plaintiff has been and continues to be conducting its settlement review process. Plaintiff has sought and received from Defendant an extension of time—to and including March 1, 2007—in which to respond to Defendant's settlement counter-offer.

5. The parties believe that their continuing discussions may lead to a settlement of this case. Such a settlement would avoid placing an undue burden and expense of time, resources, and effort on the Court and the parties. The parties believe that their requested enlargement of time within which to file the JPSR will facilitate their discussions and the possibility of settlement.

6. The granting of this joint motion will not unduly prejudice the rights and interests of the parties in this case. In fact, the parties believe that the granting of the joint motion will serve their interests, as well as promote the goals of judicial efficiency and economy.

WHEREFORE, the parties respectfully request that their joint motion be granted and that the parties have to and including May 14, 2007, within which to file the JPSR pursuant to RCFC Appendix A, ¶ 4.

Respectfully submitted this 7th day of February, 2007,

*s/ Jeffrey M. Herman*
JEFFREY M. HERMAN
Herman & Mermelstein, P.A.
18205 Biscayne Boulevard, Suite 2218
Miami, FL 33160
Tel: (305) 931-2200
Fax: (305) 931-0877

Attorney for Plaintiff

OF COUNSEL:

STUART S. MERMELSTEIN
Herman & Mermelstein, P.A.
18205 Biscayne Boulevard, Suite 2218
Miami, FL 33160
Tel: (305) 931-2200
Fax: (305) 931-0877

*s/ Jennifer L. Allaire*
JENNIFER L. ALLAIRE
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0456
Fax: (202) 353-2021

Attorney for Defendant

OF COUNSEL:

ANTHONY P. HOANG
MARTIN J. LALONDE
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Fax: (202) 353-2021

CANDACE N. BECK
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 7, 2007, I served a true and accurate copy of the foregoing PARTIES' SIXTH JOINT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE JOINT PRELIMINARY STATUS REPORT by the Electronic Case Filing (ECF) system or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, on the following counsel:

Jennifer L. Allaire
Anthony P. Hoang
Martin J. LaLonde
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Fax: (202) 353-2021

*s/ Jeffrey M. Herman* .
JEFFREY M. HERMAN