IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKTON SIOUX TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-1291L |
| | ) | Judge Lawrence J. Block |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' sixth joint motion for enlargement of time within which to file a Joint Preliminary Status Report ("JPSR"), pursuant to Appendix A, ¶ 4, of the Rules of the Court of Federal Claims. Upon consideration of the joint motion and for good cause shown, it is hereby ordered that

1. The parties' joint motion for enlargement of time should be and hereby is GRANTED;

2. The parties shall have to and including May 14, 2007, within which to file the JPSR.

SO ORDERED.

Date: ________________________

________________________________________
HON. LAWRENCE J. BLOCK
Judge, United States Court of Federal Claims