IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKTON SIOUX TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-1291L |
| | ) | Judge Lawrence J. Block |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PARTIES' SEVENTH JOINT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE JOINT PRELIMINARY STATUS REPORT**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), Plaintiff Yankton Sioux Tribe and Defendant United States of America respectfully submit this joint motion for an enlargement of time, to and including June 14, 2007, within which to file a Joint Preliminary Status Report ("JPSR"), pursuant to RCFC, Appendix A, ¶ 4. This joint motion is the parties' seventh such motion. The grounds for the joint motion are as follows:

1. Plaintiff filed this case on December 14, 2005. Based on an enlargement of time, Defendant timely filed its Answer on March 14, 2006, and filed an Amended Answer on March 30, 2006. Since that time, the parties have requested and received from the Court enlargements of time within which to confer and file the JPSR. Under the Court's latest order, the parties are obligated to file a JPSR on May 14, 2007.

2. As previously explained, the parties have been engaged in settlement discussions since Plaintiff filed its parallel case for declaratory and injunctive relief in the United States District Court for the District of Columbia, Yankton Sioux Tribe v. Kempthorne, No. 1:03cv01603 (JR) (D.D.C.). The scope of those settlement discussions has included the issues and claims that Plaintiff has raised in this case.

3. Counsel for Plaintiff has recently informed undersigned counsel for Defendant that Plaintiff has rejected Defendant's settlement response and counter-offer. Given this development, counsel for the parties are preparing to address the next steps in proceeding with the litigation of this case, as well as that of Plaintiff's companion case in the United States District Court, Yankton Sioux Tribe, No. 1:03cv01603. The United States District Court has entered an order administratively re-instating Yankton Sioux Tribe, No. 1:03cv01603, and requiring the parties to comply with Rule 16.3 of Local Rules of Civil Procedure by June 14, 2007. Among other things, counsel for the parties are preparing to confer, prepare and exchange drafts, review and provide comments, and finalize and file the JPSR in this case.

4. Counsel for the parties need additional time to undertake their conference, preparation and exchange of drafts, review and comment process, and finalization and filing of the JPSR. Plaintiff's counsel and his co-counsel have been busy with other work. Undersigned Defendant's counsel and her co-counsel at the United States Department of Justice have been preoccupied with other Tribal trust accounting and trust mismanagement cases in this Court (including Salt River Pima-Maricopa Indian Community v. United States, No. 06cv00943-LMB; Colorado River Indian Tribes, No. 06cv00901-LAS; Round Valley Indian Tribes v. United States, No. 06cv00900-SGB) and in the United States District Courts (including Alabama-Quassarte Tribal Town v. Kempthorne, No. 06cv00558-RAW (E.D. Okla.) and United Keetoowah Band of Cherokee Indians in Oklahoma v. Kempthorne, No. 06cv00559-RAW (E.D. Okla.)) and with other unrelated litigation.

5. The granting of this joint motion will not unduly prejudice the rights and interests of the parties in this case. In fact, the parties believe that the granting of the joint motion will serve

their interests, as well as promote the goals of judicial efficiency and economy.

WHEREFORE, the parties respectfully request that their joint motion be granted and that the parties have to and including June 14, 2007, within which to file the JPSR pursuant to RCFC Appendix A, ¶ 4.

Respectfully submitted this 14th day of May, 2007,

*s/ Jeffrey M. Herman*
JEFFREY M. HERMAN
Herman & Mermelstein, P.A.
18205 Biscayne Boulevard, Suite 2218
Miami, FL 33160
Tel: (305) 931-2200
Fax: (305) 931-0877

Attorney for Plaintiff

OF COUNSEL:

STUART S. MERMELSTEIN
Herman & Mermelstein, P.A.
18205 Biscayne Boulevard, Suite 2218
Miami, FL 33160
Tel: (305) 931-2200
Fax: (305) 931-0877

*s/ Jennifer L. Allaire*
JENNIFER L. ALLAIRE
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0456
Fax: (202) 353-2021

Attorney for Defendant

OF COUNSEL:

ANTHONY P. HOANG
MARTIN J. LALONDE
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Fax: (202) 353-2021

CANDACE N. BECK
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

RACHEL M. HOWARD
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20270