IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKTON SIOUX TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 05-1291L<br>Judge Lawrence J. Block |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' eighth joint motion for enlargement of time within which to file a Joint Preliminary Status Report ("JPSR"), pursuant to Appendix A, ¶ 4, of the Rules of the Court of Federal Claims. Upon consideration of the joint motion and for good cause shown, it is hereby ordered that

1. The parties' joint motion for enlargement of time should be and hereby is GRANTED;

2. The parties shall have to and including August 22, 2007, within which to file the JPSR pursuant to RCFC Appendix A, ¶ 4, or to propose how to proceed with this case while the parties litigate Plaintiff's companion case, Yankton Sioux Tribe v. Kempthorne, No. 1:03cv01603 (JR) (D.D.C.).

SO ORDERED.

Date: ________________________

________________________________
HON. LAWRENCE J. BLOCK
Judge, United States Court of Federal Claims