IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKTON SIOUX TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-1291L |
| | ) | Judge Lawrence J. Block |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' joint motion for enlargement of time to and including December 21, 2007, within which to file a joint preliminary status report (JPSR) pursuant to the Rules of the Court of Federal Claims (RCFC), Appendix A, or to make a proposal about whether and how to proceed with the litigation. Upon consideration of the joint motion and for good cause shown, it is hereby ORDERED that

1. The joint motion should be and hereby is GRANTED; and
2. The parties shall have to and including December 21, 2007, within which to file their JPSR or to make a proposal about whether and how to proceed with the litigation.

SO ORDERED.

Date: ____________________ ________________________________

LAWRENCE J. BLOCK
Judge, United States Court of Federal Claims