IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKTON SIOUX TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 05-1291L<br>Judge Lawrence J. Block |

**PARTIES' TENTH JOINT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE JOINT PRELIMINARY STATUS REPORT, AND [PROPOSED] ORDER**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), Plaintiff Yankton Sioux Tribe and Defendant United States of America respectfully submit this joint motion for an enlargement of time, to and including April 21, 2008, within which to file a Joint Preliminary Status Report ("JPSR"), pursuant to RCFC, Appendix A, ¶ 4, or make a proposal to the Court about whether and how to proceed with the litigation. The JPSR is presently due December 21, 2007.

This joint motion is the parties' tenth such motion. The grounds for the joint motion are as follows:

1. Plaintiff filed this case on December 14, 2005. Docket (Dkt.) #1. Based on an enlargement of time, Defendant timely filed its Answer on March 14, 2006, and filed an Amended Answer on March 30, 2006. Dkts. #8, #10. Since that time, the parties have requested and received from the Court enlargements of time within which to confer and file the JPSR. Dkts. # 12-17. Under the Court's latest order, the parties are obligated to file a JPSR on December 21, 2007.

2. Previously, the parties were actively engaged in settlement discussions. The scope of the discussions included the issues and claims raised in this case, as well as those raised in Plaintiff's companion case for declaratory and injunctive relief in the United States District Court

for the District of Columbia, Yankton Sioux Tribe v. Kempthorne, No. 1:03cv01603 (JR) (D.D.C.). On May 14, 2007, the parties informed the Court that the settlement discussions had ended and that they were identifying and preparing to address the appropriate next steps.

3. Counsel for the parties—Stuart Mermelstein, for Plaintiff, and Anthony P. Hoang, Martin J. LaLonde, and Jennifer L. Allaire, for Defendants—subsequently conducted a telephone conference on May 24, 2007, pursuant to the requirements of RCFC Appendix A and Rule 16 of the Local Rules of the United States District Court for the District of Columbia, in which counsel exchanged and discussed the parties' respective views and positions relating to the litigation of this case, as well as Plaintiff's companion case, Yankton Sioux Tribe, No. 1:03cv01603.

4. After that discussion, based upon their work and work-related travel scheduling conflicts, the parties jointly requested and obtained from the Court an extension of time, to and including August 22, 2007, in which to file the JPSR or to propose how to proceed with this case in conjunction with Plaintiff's companion case, Yankton Sioux Tribe, No. 1:03cv01603.

5. On July 2, 2007, the United States District Court for the District of Columbia issued an order in Yankton Sioux Tribe, No. 1:03cv01603, as well as the other 36 Tribal trust accounting and trust mismanagement cases currently pending before the Court, in which the Court, inter alia, issued a temporary stay of the litigation in the 37 cases, instructed Defendant to file a motion for remand in the cases by a date certain or be deemed to have waived the motion, and ordered that those cases in which Defendant filed a remand motion be consolidated for the limited purpose of deciding the remand motion. See Order dated July 2, 2007, in Yankton Sioux Tribe, No. 1:03cv01603 (attached as Exhibit (Exh.) 1 to Dkt. 19). Based on a subsequent, court-granted 10-day extension of time, Defendant filed a remand motion in Yankton Sioux Tribe, No. 1:03cv01603, and

the other Tribal trust cases pending in the District Court, on August 10, 2007.

6. The Tribes in the 37 cases in the United States District Court filed briefs in opposition Defendant's remand motion on October 1 and 22, 2007. Plaintiff joined in the principal opposition brief but did not file its own. Defendant filed its reply to the Tribes' oppositions on November 21, 2007. Briefing on Defendant's motion has been completed. The parties in the District Court cases are currently awaiting the Court's determination about whether to hold oral argument on Defendant's motion and thereafter the Court's ruling on the motion.

7. The parties in this case continue to believe that the United States District Court's decision on the remand motion is likely to have an impact and influence on the status and disposition of this case. Therefore, they believe that it is sensible to seek an enlargement of time, to and including April 21, 2008, in which to file the JPSR in this case, so as to allow an opportunity for the District Court to review and decide the remand motion and, in the event that the District Court renders a decision thereon, for the parties to evaluate the decision, confer, determine, and make a proposal to this Court about whether and how to proceed with this case.

8. The granting of this joint motion will not unduly prejudice the rights and interests of the parties in this case. In fact, the parties believe that the granting of the joint motion will serve their interests, as well as promote the goals of judicial efficiency and economy. Further, it will help conserve the parties' limited resources by providing the parties a reasonable opportunity to develop and file the JPSR considering the parallel litigation in the United States District Court and better serve not only the needs of the parties but also the goals of judicial efficiency and economy.

WHEREFORE, the parties respectfully request that their joint motion be granted and that they be allowed to and including April 21, 2008, within which to file the JPSR pursuant to RCFC

Appendix A, ¶ 4, or to propose how to proceed with this case in conjunction with or in light of Yankton Sioux Tribe, No. 1:03cv01603.

Respectfully submitted this 19th day of December, 2007,

*s/ Jeffrey M. Herman, by s/ Jennifer L. Allaire pursuant to written authorization*
JEFFREY M. HERMAN
Herman & Mermelstein, P.A.
18205 Biscayne Boulevard, Suite 2218
Miami, FL 33160
Tel: (305) 931-2200
Fax: (305) 931-0877
Fax: (202) 353-2021

Attorney for Plaintiff

OF COUNSEL:

STUART S. MERMELSTEIN
Herman & Mermelstein, P.A.
18205 Biscayne Boulevard, Suite 2218
Miami, FL 33160
Tel: (305) 931-2200
Fax: (305) 931-0877

RONALD J. TENPAS
Assistant Attorney General

*s/ Jennifer L. Allaire*
JENNIFER L. ALLAIRE
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0456

Attorney for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

HOLLY CLEMENT
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERRI DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20270