IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKTON SIOUX TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-1291L |
| | ) | Judge Lawrence J. Block |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' joint motion for enlargement of time within which to file a Joint Preliminary Status Report ("JPSR"), pursuant to RCFC, Appendix A, ¶ 4, or make a proposal to the Court about whether and how to proceed with the litigation. Upon consideration of the joint motion, it is hereby ORDERED that

1. The joint motion should be and hereby is granted;

2. The parties shall have to and including April 21, 2008, to file their JPSR or, in the alternative, make a proposal to the Court about whether and how to proceed with the litigation of this case, in conjunction with or in light of Plaintiff's companion case in the United States District Court, Yankton Sioux Tribe v. Kempthorne, No. 1:03cv01603 (JR) (D.D.C.).

SO ORDERED.

Date: ______________________

______________________________
HON. LAWRENCE J. BLOCK
Judge, United States Court of Federal Claims