IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| YANKTON SIOUX TRIBE,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | Case No. 05-1291L<br>Judge Lawrence J. Block |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' joint status report and joint motion for entry and approval of scheduling order. Upon consideration of the joint status report, joint motion, and proposed order, it is hereby ORDERED that

1. The joint motion should be and hereby is granted.

2. The briefing on Defendant's proposed motion to dismiss under 28 U.S.C. § 1500 shall proceed in accordance with the following filing deadlines:

| | |
|---|---|
| Defendant's Motion to Dismiss | May 23, 2008 |
| Plaintiff's Opposition | June 24, 2008 |
| Defendant's Reply | July 9, 2008 |

3. All other issues, matters, and deadlines in this case shall be deferred until after the Court has ruled on Defendants' motion.

SO ORDERED.

Date: ____________________

______________________________________
HON. LAWRENCE BLOCK
Judge, United States Court of Federal Claims